UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

QUINTIN EDWARD CROSS,

                                      Plaintiff,

   **-v.-**

                                     Civil Action No.
                                     1:11-cv-603 (GLS/RFT)

MICHAEL COZZOLINO, 1st Assistant
District Attorney, Columbia County, NY;
MICHAEL BENVENUTO, Director
Columbia County Probation Department;
DANIEL KIBLER, Supervisor Criminal Unit
Columbia County Probation Dept.; and
JOSEPH DELANEY, Probation Officer
Columbia County of Probation,

                                      Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

QUINTIN EDWARD CROSS
Plaintiff, *Pro Se*
32 North 5th Street
Hudson, New York 12534


GARY L. SHARPE,
Chief Judge

## **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Randolph F. Treece, duly filed July 6,

2011.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed[1], and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed July 6, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that pursuant to the Court's review under 28 U.S.C. § 1915 and § 1915A, this action be dismissed for failure to state a claim upon which relief may be granted; and it is further

ORDERED, that the Clerk of the Court is directed to serve a copy of this order upon the plaintiff by regular and certified mail.

IT IS SO ORDERED

Dated:  February 21, 2012
        Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court

---

[1] The court has granted the plaintiff extensions on July 20, 2012 (Dkt. No. 5), August 22, 2011 (Dkt. No. 7), October 19, 2012 (Dkt. No. 9) and on January 6, 2012 (Dkt. No. 10) with the last extension being issue by the court *sua sponte*.